# CONTRACT

between



KNOXVILLE, TENNESSEE

and

LOCAL UNION No. 555
Of the Sheet Metal Workers'

International Association

MAY 19, 2008 - MAY 18, 2011

EXHIBIT
1

## PREAMBLE

The parties agree that the terms and conditions of this labor contract shall be applied to all employees equally.

## ARTICLE 1 – Execution and Date of Contract

This contract executed and effective as of the 19th day of May 2008, by and between BRIGGS PLUMBING PRODUCTS, INC., 5040 National Drive, Forks of the River Industrial Park, Knoxville, Tennessee, 37914, it's successor or assigns, (hereinafter referred to as the "company"), and THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION AND IT'S LOCAL UNION NO. 555 and affiliated with the AFL-CIO (hereinafter referred to as the "union"). This contract shall constitute the entire agreement between the parties.

## ARTICLE 2 – Recognition –Scope of Contract

The company recognizes the union as the sole and exclusive representative for the purpose of collective bargaining with respect to wages, hours and other conditions of employment for all production and quality control employees employed by the employer at its plant located at 5040 National Drive, Knoxville, Tennessee, but excluding all office clerical employees, plant clerical employees, professional employees, guards and supervisors as defined in the act.

## ARTICLE 3 – Union Security

**Section 1 - Union Membership.** The company recognizes and will not interfere with the rights of any employee to become a member or refuse to become a member of the union; it being expressly understood that there shall be no discrimination, interference, restraint or coercion of any of its agents, or by the union, its officers, agents, and members against any employee because of membership or non-membership in the union. The union, it's officers, agent, and members shall not intimidate or coerce an employee into membership or engage in union activity on company time except as may be necessary in the handling of grievances as provided for herein.

**Section 2 - Union Dues.** Upon receipt of a signed individual authorization, in the form which appears below, from any employee covered by this contract, the company shall withhold from such employee's earnings, payment for union dues and other obligations under the terms and conditions specified in the individual's authorization. Such deductions shall be made from each week of said employee's earnings and promptly remitted to the financial secretary of the union together with an alphabetized list of the names of the employees to who said moneys are to be credited. Shall any employee have no earnings due him on any week; deductions shall be made from the next succeeding pay in which the employee does have earnings in accordance with the International Constitution and the Local 555 By-Laws. The make-up payment for union dues shall not exceed eight (8) weeks.

## ARTICLE 32 - DURATION

This contract shall become effective at 12:00 midnight May 19, 2008 and shall remain in full force and effect until and including 12:00 midnight May 18, 2011, and shall continue in full force and effect from year to year hereafter until either party shall give notice to the other, in writing, at least sixty (60) days prior to any anniversary date that it wishes to amend the contract.

IN WITNESS WHEREOF, the parties of this contract have hereunto affixed their signatures this 19th day of May 2008.

| BRIGGS PLUMBING PRODUCTS, INC. | THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION AND ITS LOCAL UNION # 555 |
|---|---|
| Chuck Dockery | Mike Bray |
| Shelly Burnett | David Neubert |
|  | Howard Bruce |
|  | Greg Radford |
|  | Tim Wallace |